# EXHIBIT C

Sent from my iPhone

Begin forwarded message:

**From:** molly Lutwin <lutwin.family@gmail.com>
**Date:** November 24, 2019 at 10:20:27 AM EST

**Subject: Re:   Inappropriate Instagram video**

Colleen,

There are two u14 girls in my school, Francis Academy of Irish Dance, who share and run an Instagram account for Irish Dancing. The girls  were contacted by On the Move to promote their workshop and program by posting a video and pictures to the girls shared account. The girls agreed to upload the promotional video, and the one sent by On the Move was extremely inappropriate and disturbing . The video is of a visibly naked woman running towards a camera and jumping on it.  The camera than reveals a cartoon or CGI baby within the private parts of the the woman. It is shocking and difficult to describe.

The girls did not know what to do. They responded to On the Move that the video was inappropriate.
On the Move then apologized and told the girls that the account got hacked. The user then deleted the video off the message and then deleted the apology / "we've been hacked" message. My students saved the video before it was erased but the apology was not. Word spread to other students and eventually their parents, which is where I came into the conversation.

The messages were sent to the girls this past Thursday, 11/21. I received a call letting me know what had happened on Friday. I called the girls' parents immediately after, and talked to all of the students and families involved.

The girls were very upset and uncomfortable. This is a brand they represent and keep in contact with over social media, and that trust has been betrayed. Accident or purposeful, these are grown adults working with young people, and mistakes like this cannot happen. This video was highly tasteless and sexual. As a mom, teacher, and female I would feel uncomfortable to have the members of On the Move to be associated with young teens and dancers.

 I have attached the conversation that the girls screen shot and the actual video before it was deleted. I have also included a text I received from the girls on what happened, exhaling where things got deleted and are not in picture..

Text from the girls:

The video was sent in between "Of course! Here you go :)" and the picture that was sent after that. Then his apology saying something along the lines of "we are sorry, our account got hacked" was sent in between "the video you sent me was extremely inappropriate..." and "it's just odd to see...". We were not able to screen shot the apology on time







