# EXHIBIT E

　　　　　　　　　　　　　　　　　　　　On The Move Dance &lt;hodgesotm@gmail.com&gt;

### Fwd: For Kerry O'Shea and Editors of Irish Central

**Tom M. Fini** &lt;tom@catafagofini.com&gt;　　　　　　　　　　　　　　　4 January 2020 at 11:45
To: On The Move Dance &lt;hodgesotm@gmail.com&gt;, Jamie Hodges &lt;jamiehodges898@hotmail.com&gt;

Begin forwarded message:

**From:** "Tom M. Fini" &lt;tom@catafagofini.com&gt;
**Subject: For Kerry O'Shea and Editors of Irish Central**
**Date:** January 4, 2020 at 6:44:59 AM EST
**To:** koshea@irishstudio.com
**Cc:** editors@irishcentral.com, niall@irishcentral.com

Dear Ms. O'Shea:

I am an attorney representing Jamie Hodges. Mr. Hodges forwarded your below email dated January 4, 2020 to me.

Your below email is extremely disturbing in that you admit that you are intending to use completely "anonymous" and unreliable sources to print an article that will defame my client. We strongly object to your proposed reliance on such anonymous and unreliable sources for an article.

To be clear, as spelled out in the lawsuit that I filed on Mr. Hodges' behalf, Mr. Hodges has been defamed, and none of the allegations made about inappropriate behavior by him have any factual basis.

Just by way of example, your email states that some "complaint" was "lodged" against Mr. Hodges or his brother by "Francis Academy." Yet, Mr. Hodges has never been informed by any "Francis Academy" of any complaint, and neither he or I are aware of any factual basis for you to suggest that some "complaint" was lodged against my client. There is simply no basis for the assertion whatsoever, which you admit was based on an anonymous source.

We demand that you and your newspaper not rely on unreliable and "anonymous" sources, particularly here where my client is telling you and your newspaper that the assertions you make in your email are not accurate.

What you do know is that on behalf of Mr. Hodges, I have filed a defamation action which you can obtain from the New York State Court system to make sure you have an accurate copy. That true and correct lawsuit is all you should write about, if you choose to write anything. The other items listed in your email are without basis. If you publish an article that repeats the baseless information provided to you by "anonymous" sources, we will have no choice but to hold you and Irish Central accountable. All rights are reserved.

Tom M. Fini, Esq.
CATAFAGO FINI LLP
The Empire State Building
350 Fifth Ave., Suite 7710
New York, NY 10118
212.239.9669 tel
212.239.9688 fax
917.561.4143 cell
www.catafagofini.com


---------- Forwarded message ---------

From: **Kerry O'Shea** <koshea@irishstudio.com>
Date: Sat, 4 Jan 2020 at 04:45
Subject: Irish dance lawsuits, complaints
To: <hodgesotm@gmail.com>

Hi there - I'm the assistant editor here at IrishCentral and I've been covering issues within the Irish dancing community over the past few months.

Within the past two weeks, we received from anonymous sources:

-the lawsuit that Jamie Hodges lodged in New York against Gary Healy and his law firm

-correspondence regarding the cancellation of an Irish dance workshop at the Elaine Walker School of Irish Dance in 2019 after Walker felt uncomfortable having Jamie Hodges around her students.

-the complaint that was lodged against Jamie and Mitchell Hodges / On the Move regarding an inappropriate Instagram message and dancers at the Francis Academy

IrishCentral plans on covering these matters but wanted to see if the Hodges brothers have any comments. Please email me back when you can and we can discuss - many thanks!

**KERRY O'SHEA**
ASSISTANT EDITOR OF IRISHCENTRAL