# EXHIBIT G



On The Move Dance <hodgesotm@gmail.com>

---

# [On The Move] Contact - new submission

---

**On The Move Dance** <hodgesotm@gmail.com>     22 January 2020 at 04:56
To: Judy McCafferty <5eefd4e0-e557-4aa2-8239-72bc0b6d0844@crm.wix.com>, "judymccaff@sbcglobal.net" <judymccaff@sbcglobal.net>

Dear Ms. McCafferty:

Thank you for your email.  However, I do not understand the purpose of your inquiry nor the allegations you have referenced.

On advice of legal counsel, please provide the name(s) of the individual(s) who has/have filed a complaint, what exactly is the allegation, and what video are you referring to.  This information must be shared as we are extremely concerned with the assertions being made, and we must be provided with the opportunity to properly defend ourselves before taking any decision or action that negatively and financially impacts me, my brother or our business, On The Move.


Jamie Hodges
[Quoted text hidden]
--


Jamie & Mitchell Hodges
+447773694651 | +447454165114

www.onthemove.dance