# EXHIBIT H



On The Move Dance <hodgesotm@gmail.com>

# [On The Move] Contact - new submission

**Judy McCafferty** <judymccaff@sbcglobal.net>  
Reply-To: Judy McCafferty <judymccaff@sbcglobal.net>  
To: On The Move Dance <hodgesotm@gmail.com>

23 January 2020 at 16:29

Thank you Jamie for the quick reply.   Upon further review, the matter has been closed.

*Judy McCafferty SDCRG*

Confidentiality Disclaimer: This e-mail message and any attachments are private communication sent by Judy McCafferty and may contain confidential or personal information meant solely for the intended recipient. You are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited without the express permission of the originator

[Quoted text hidden]