# EXHIBIT I

| Initial | Role | Role |
|---------|------|------|
| JE | James/Jimmy Early | Regional director for Mid Atlantic, Officer of CLRG & IDTANA |
| KL | Keith Labis | Attorney for Mid Atlantic |
| KP | Karen Petri | Assistant Director of the Mid Atlantic, Officer of CLRG & IDTANA |
| FC | Francis Curley | The Chairperson of CLRG (not in attendance) |
| KF | Kelly FitzPatrick | At the time a member of the Mid Atlantic |
| AM | Unidentified Audience Member | At the time a member of the Mid Atlantic |
| AM2 | Unidentified Audience Member 2 | At the time a member of the Mid Atlantic |

**Transcript of 26/01/20 Mid Atlantic Region Meeting**

*Location: Saddle Brook Marriott, 138 New Pehle Avenue, Saddle Brook, NJ 07663*

**Beginning**

**James Early -** 'Who share and run an Instagram account for Irish Dancing. The girls were contacted by On the Move to promote their workshop and program by posting a video and pictures to the girls' shared account. The girls agreed to upload the promotional video.  On the Move then sent them a video that was extremely inappropriate and disturbing. The video is of a visibly naked woman running towards a camera and jumping on it. The camera then reveals a cartoon or CGI baby within the private parts of the woman. It is shocking and difficult to describe. The girls did not know what to do. They responded to On the Move that the video was inappropriate.

On the Move then apologised and told the girls that the account got hacked. The user then deleted the video off the message and then deleted the apology 'we've been hacked' message. My students saved the video before it was erased but the apology was not. Word spread to other students and eventually their parents, which is where I came into the conversation.
The messages were sent to the girls this past Thursday, 11/21. I received a call letting me know what had happened on Friday. I called the girls parents immediately after, and talked to all of the students and families involved.

The girls were very upset and uncomfortable. This is a brand they represent and keep in contact with over social media, and that trust has been betrayed. Accident or purposeful, these are grown adults working with young people, and mistakes like this cannot happen. This video was highly tasteless and sexual. As a mom, teacher, and female I would feel uncomfortable to have the members of On the Move to be associated with young teens and dancers.

I am very concerned as I have seen On the Move advertised on the MAR social media pages and I know that they will be at the upcoming Oireachtas. I don't know what can be done, but I don't believe that these young men should be around our dancers.

I would like to lodge a formal complaint to CLRG against Jamie and Mitch Hodges and On the Move.  I would appreciate the board letting me know what can be done to protect our dancers and attendees next weekend. Thank you, Molly Lutwin'

### 3 mins 3 secs

**Audience Member** - 'If this Camp was to go ahead, and they just did it on their own bat, they didn't want anything to do with any dance organisation, how can either of you be penalised for that'

**James Early** - 'I would suggest, okay, write me a letter, and I will be okay, to the committee'

**Audience Member** - 'Because there is definite rules as to what an association is'

**James Early** - 'The association is, the new rules, the rules have just come out.  There are restrictions on adjudication and that's where that comes in.'

### 5 mins 27 secs

**Karen Petri** - 'Dance Camps have a completely different set of rules for them. So the rules that are for after school programmes are not the same as the rules for dance camps.  There is a very rigorous application progress to get open status.  And that is extremely important to dancers or schools that are sending their kids to a dance camp.  What I think everybody is saying is you have to take one step even further than that because a lot of people think that open status means nobody is associated with nobody.  But that's not true either okay.'

### 6 mins 56 secs

**Karen Petri** - 'So you need to watch your kids'

### 8 mins 20 secs

**KP** - 'Its the amount of contact you have with a child which by Irish law requires whether you do get vetted or not get vetted.  Whether it's appropriate or not to require our vendors to get vetted is a different story and whether our organisation feels it's appropriate.'

**Kelly FitzPatrick** - 'I just have a quick question, when did you report this to Coiste Faire, what date?'

**James Early** - 'At the last meeting. On the Move, okay, the letter, okay was brought forth two weeks ago to the meeting'

**Kelly FitzPatrick** -  'So you brought it to their attention but it was brought to your attention in November, correct?'

**James Early** - 'I sent something to Francis Curley (FC) in November, okay, but we did not, okay, have a meeting.

**Kelly FitzPatrick** - 'So you said something to Francis on a chair capacity'

**James Early** - 'Yes'

**Kelly FitzPatrick** - 'And was that in writing or'

**James Early** - 'Yes I sent him an email'

**Kelly FitzPatrick** - You sent it to him and then you brought it to'

**James Early** - 'I did not have a copy of the video, the screenshots I have to reach out to Colleen to get that.  Then that was all brought to the meeting, and disseminated to the proper people'

**Kelly FitzPatrick** - 'So I just did the safe sport training and my question is, if something is brought to you shouldn't you report it straight away rather than wait for proof.'

**James Early** - 'First of all you indicated to me that you were following up, I needed that information going forward to see if that was a logical approach for registration next year and you never answered.  I took it upon myself and I reached out to SafeSport'

**Kelly FitzPatrick** - 'Yeah I saw that.  Honestly, I did it I was in that dance class for years, I did that training, it was very triggering, it was very upsetting.  I'm very upset.  So my question is when you recorded it, if you are in school and you hear so much of a rumour of abuse you report it whether there is proof or not.  I think the thing I am having trouble with is understanding'

**Karen Petri** - 'We went to the authorities within a day'

**Keith Labis** - What you have to understand is what you guys call reporting and going to CLRG and that is not official.

**Karen Petri** - 'I want it to be clear that this was with the authority within a day'

**Keith Labis** - 'Kelly can I just say this, as soon as the board got this letter we got everybody on the phone, members of the board'

**Kelly FitzPatrick** - 'My question was for verification'

**Keith Labis** - 'What I want to say is that because of everything going on and because I have contact with this federal agency I went back to them immediately.  The next day they were involved.  Its nice to report it to the board and to CLRG and that but really when you suspect abuse, like I said, you all remember I came here and talked about going for the gold with gymnastics cause my niece was involved and before any of this happened I said it's important to know.  But we followed the steps that the federal agency asked me to follow.  So we made the recording to a federal police agent and then it followed it through to the New York State police.'

**Kelly FitzPatrick** - 'I just wanted to see that's all'

**Keith Labis** - 'Well I know I got a call as soon as it came in and I made the call the next day.'

**Kelly FitzPatrick** - 'I just wanted to follow up on it'

**Audience Member 2** - 'There is no more discussion on the topic'

**Lisa Petri** - 'If you are seeing any type of abuse or anything else you have control, don't take it up the chain inside your organisation, go directly to the authorities.  The more people you include, who are surplus to the situation the more people are exposed and the only people who can act are the authorities.  If you have any information go directly to the authorities.  If vetting vendors is something you are interested in pursuing please put that forward as a notice of motion at our next meeting that part of their contract at Oireachtas is they need to be vetted and give us that information, can you send that to us.'

**Kelly FitzPatrick** - I find it very interesting CLRG would be opposed to something like that….

*murmur and bell rings*