# EXHIBIT J



# An Coimisiún le Rincí Gaelacha
(Faoi scáth Chonradh na Gaeilge)

## NOTIFICATION OF OUTCOME

*Discipline Procedures 2014*

**PRIVATE AND CONFIDENTIAL**

Our Reference: GM 40 13-01-20                                    Date:   29th January 2020

To: Molly Francis-Lutwin TCRG

I am writing to update you on the investigation that Coiste Faire started two weeks ago concerning "On the Move" and specifically the Hodges brothers.

First and foremost, neither Jamie nor Mitchell Hodges are members of CLRG. Their brother Bobby is listed on the Camp Flyer as a TCRG, but he is not registered with CLRG.  That puts severe restrictions on actions that Coiste Faire can take. We can however take steps to ensure that any camps they run or are a part of, are NOT approved by An Coimisiun le Rince Gaelacha. Furthermore, we are able to flag An Udaras should Jamie or Mitchell Hodges seek certification as TCRG's. Likewise, we can flag An Udaras should Bobby Hodges seek exam application for his ADCRG.

I would advise that you continue to work with your local authorities.  If and when they reach an outcome, I ask that you notify Coiste Faire of said determination.

In addition, we have asked our vetting officer Sean Henningan to send a reminder to ALL Teachers world-wide about the need for vetting of all resources in contact with children in a class, as an assistant, at a workshop, etc. Apparently, this was previously sent but he will arrange with the office to send again.

Based on the above information we are formally closing this investigation as of January 29, 2020.

Judy McCafferty SDCRG
Coiste Faire Member

Áras Rince, 68 Sráid Amiens, Baile Átha Cliath D01 Y3F1, Éire   |   Áras Rince, 68 Amiens Street, Dublin D01 Y3F1, Ireland
Fón: +353 1 8146298   |   R-phoist: info@clrg.ie   |   Idirlíne:- www.clrg.ie
Company Reg No. 437963
**Board Members:** Francis Curley, Gráinne Ní Chonchubhair, Séamus Ó'Sé, Sandra Connick, John McEntegart, Seán Fegan, Éamonn De Bhál, Máire Mhic Aogáin, Seán Hennigan **Company Secretary:** Gráinne Ní Chonchubhair