# EXHIBIT M

| School Taught – Year 2019 | Amount Earned |
|---|---|
| Australia (4 Schools) | $21,950 |
| Bailey-Murray Academy | $11,150 |
| BFOC | $860 |
| Boland School | $1,420 |
| Brady Academy | $750 |
| Celtic Steps | $2,800 |
| Clann Na Cara | $2,160 |
| Coyle | $10,485 |
| Croke | $750 |
| Greene | $1,880 |
| Hawaii | $900 |
| Heart of Ireland | $2,885 |
| Hogan Irish Dance | $2,200 |
| Mattierin | $8,350 |
| McBride | $820 |
| McGonagle Irish Dance | $10,625 |
| McKeever | $2,820 |
| NY Studio Of Irish Step Dance | $600 |
| O'Malley | $4,400 |
| Peach State Feis | $2,000 |
| Rising Tide | $3,950 |
| Rose & Sword | $640 |
| Scoil Rince Mahoney | $1,925 |
| Southern Academy | $7,315 |
| Steel | $9,875 |
| Miscellaneous (earnings for individual lessons) | $29,480 |

**Total Earnings: $142,990**