```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: January 26, 2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**JAMIE HODGES ET AL,**

                    **Plaintiffs,**

      **-against-**

**MOLLY KATHLEEN LUTWIN ET AL**

                    **Defendants.**

**20-cv-9878 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    Defendants request pre-motion conferences in anticipation of motions to dismiss Plaintiff's complaint. (ECF Nos. 23, 24.) Plaintiff shall respond to Defendant's request by January 29, 2021.

**SO ORDERED.**

**Dated:**    January 26, 2021
            New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**