**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMIE HODGES AND ON THE MOVE LTD,<br><br>                    Plaintiffs,<br>          -against-<br><br>JAMES EARLY, IRISH DANCING TEACHERS ASSOCIATION OF NORTH AMERICA MID-ATLANTIC REGION, INC., MOLLY KATHLEEN LUTWIN, FRANCIS ACADEMY OF IRISH DANCE, and KEITH L. LABIS,<br>                    Defendants. | 20 Civ. 9878 (ALC) |

## NOTICE OF DEFENDANTS JAMES EARLY, IRISH DANCING TEACHERS ASSOCIATION OF NORTH AMERICA MID-ATLANTIC REGION, INC. AND KEITH L. LABIS'S MOTION TO DISMISS

PLEASE TAKE NOTICE that, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants James Early, Irish Dancing Teachers Association of North America Mid-Atlantic Region, Inc., and Keith L. Labis hereby respectfully move this Court for an Order dismissing Plaintiffs' claims against Defendants.

PLEASE TAKE FURTHER NOTICE that, pursuant to an Order of this Court of February 1, 2021, Plaintiffs are required to serve and file any opposition to this motion no later than April 12, 2021, and Defendants shall file their reply thereto no later than April 19, 2021.

Dated: White Plains, New York
          March 8, 2021

YANKWITT LLP

By: _____
Russell M. Yankwitt
Benjamin R. Allee
140 Grand Street, Suite 705
White Plains, New York 10601
*Attorneys for Defendants James Early, Irish Dancing Teachers Association of North America Mid-Atlantic Region, Inc., and Keith L. Labis*