LSK&D #: 266-2014 / 4813-4681-3663

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JAMIE HODGES and ON THE MOVE LTD.,

                              Plaintiffs,

          -against-

JAMES EARLY, IRISH DANCING TEACHERS
ASSOCIATION OF NORTH AMERICA-MID-
ATLANTIC REGION, INC., MOLLY
KATHLEEN LUTWIN, FRANCIS ACADEMY
OF IRISH DANCE, and KEITH L. LABIS,

                              Defendants.
-----------------------------------------------------------------x

1:20-cv-09878-ALC

**DECLARATION OF THOMAS A. CATALANO AFFIRMATION**

Thomas A. Catalano, declares:

1. I am a member of Lester Schwab Katz & Dwyer, attorneys for Defendant Molly Kathleen Lutwin, doing business as the Francis Academy of Irish Dance, sued herein as Molly Kathleen Lutwin and Francis Academy Of Irish Dance ("Lutwin"). I make this declaration in support of Lutwin's motion to dismiss the complaint pursuant to Rule 12(b)(6).

2. A copy of the complaint is annexed as Exhibit A.

3. Lutwin submits a memorandum of law in support of motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 8, 2021, New York, New York.

                                              s/ Thomas A. Catalano
                                              Thomas A. Catalano