UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JAMIE HODGES ET AL,

           **Plaintiffs,**
         -against-

MOLLY KATHLEEN LUTWIN ET AL,

           **Defendants.**
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: April 22, 2021

20-cv-9878 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court denies Plaintiffs' request for a conference regarding discovery. (ECF No. 41.) The Court grants Defendants' motion to stay discovery and shall stay discovery until the motions to dismiss are resolved. (ECF No. 42, 44.)

**SO ORDERED.**

**Dated:** April 22, 2021

    New York, New York

                                                       **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**