**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JAMIE HODGES and ON THE MOVE LTD.,

                          Plaintiffs,
      -against-

                                     20 **CIVIL** 9878 (ALC)

                                        **JUDGMENT**

MOLLY KATHLEEN LUTWIN ET AL.,

                          Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2022, Defendants' motions are granted and this case is dismissed; accordingly, the case is closed.

**Dated:**  New York, New York

       March 31, 2022

                                                        **RUBY J. KRAJICK**

                                                         **Clerk of Court**
                          **BY:**
                                                       **Deputy Clerk**